IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TYRONE BOYD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  No. CIV-10-1247-C |
| | ) |
| MIKE ADDISON, Warden, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on November 29, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 29th day of December, 2010.

ROBIN J. CAUTHRON
United States District Judge